ROSIE STEINER et al., as Executors of and Trustees under the Will of WILLIAM STEINER, Deceased, Appellants, *v.* LENA GEIS et al., Respondents.

*Steiner* v. *Geis*, 148 App. Div. 916, affirmed.
(Argued March 27, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 3, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to establish an easement in certain lands and to restrain defendants from interfering with the same.

*Edward W. S. Johnston* and *Benjamin E. Messler* for appellants.

*Herbert Peake* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.